No. 547. DR. MILES MEDICAL COMPANY, PETITIONER, *v.* JOHN D. PARK & SONS COMPANY.  October 19, 1908.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted.  *Mr. Frank F. Reed* for petitioner.  No appearance for respondent.

---

No. 571. THE UNITED STATES, PETITIONER, *v.* CARL S. CHAMBERLIN ET AL., EXECUTORS, ETC.  October 19, 1908.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted.  *The Attorney General* and *The Solicitor General* for petitioner.  *Mr. Peter H. Holme* for respondents.

---

No. 572. MAYER ZEIGER, PETITIONER, *v.* PENNSYLVANIA RAILROAD COMPANY.  October 26, 1908.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.  *Mr. A. S. Worthington* and *Mr. A. Leo Weil* for petitioner.  *Mr. M. W. Acheson, Jr.,* for respondent.